IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

JOHN T. HARMON )
)
vs. ) CIVIL ACTION 608-008
)
DEBBIE CREWS, Clerk )

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Report and Recommendation of the Magistrate Judge, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. The plaintiff's complaint is dismissed for failure to state a claim upon which relief can be granted.

SO ORDERED this 22 day of May, 2008.

B. Avant Edenfield
Judge, United States District Court
Southern District of Georgia